**Electronically Filed
Supreme Court
SCWC-23-0000719
13-NOV-2024
07:56 AM
Dkt. 5 ODAC**

SCWC-23-0000719

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

CHITO K. ASUNCION,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000719; CASE NO. 3CPC-22-0000735)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Chito K. Asuncion's Application for Writ of Certiorari, filed on October 15, 2024, is hereby rejected.

DATED: Honolulu, Hawaiʻi, November 13, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

